**1:22-cv-01603-CCB United States of America v. Booz Allen Hamilton Inc. et al**

**Exhibits in Support of Plaintiff's Motion for Preliminary Injunction**

| Exhibit Nos. | Description | Filing Status |
|---|---|---|
| A | Declaration of Diane Dunshee, Director of Business Management & Acquisition, National Security Agency dated June 28, 2022 | Redacted; unredacted version will be filed under Seal |
| B | Email thread involving Daniel Catrambone of EverWatch re "Booz" dated March 16, 2022, EW-CID-00004211 | Redacted for PII; [unredacted version will be filed under Seal] |
| C | Email thread involving Jason Rigoli of Enlightenment Capital re "Jim Allen – BAH" dated June 10, 2022, EW-CID-0000450 | Redacted for PII; [unredacted version will be filed under Seal] |
| D | Project Ghost Phase 2 Business Diligence Presentation dated February 9, 2022, Booz Allen HSR Attachment 4(c)-11 | Filed under Seal |
| E | EverWatch Management Presentation dated December 2021, EC Defense Holdings, LLC HSR Attachment 4(d)-1[1] | Filed under Seal |
| F | EverWatch Management Presentation dated December 2021, Booz Allen HSR Attachment 4(d)-1 | Filed under Seal |
| G | Notes from Project Ghost Management Meeting dated December 14, 2021, Booz Allen HSR Attachment 4(c)-3 | Filed under Seal |
| H | Project Ghost: Horacio Update dated February 16, 2022, Booz Allen HSR Attachment 4(c)-13 | Filed under Seal |
| I | Project Watchtower: Internal Discussion dated November 2021, Booz Allen HSR Attachment 4(c)-1 | Filed under Seal |
| J | Email thread involving Scott Miller and Megan Vaughan-Albert of Booz Allen re "Ghost – Key Programs/Topics for BAH Input" dated December 29, 2021 to January 4, 2022, USDOJ-003-00000001 | Redacted; unredacted version will be filed under Seal |

---

1 Document received in response to Civil Investigative Demand issued to EC Defense Holdings, LLC.

| Exhibit Nos. | Description | Filing Status |
|---|---|---|
| K | Deposition of EverWatch teaming partner taken pursuant to Civil Investigative Demand dated June 10, 2022 | Filed under Seal |
| L | Stock Purchase Agreement among Booz Allen Hamilton Inc., EverWatch Corp. and EC Defense Holdings, LLC dated March 15, 2022, EC Defense Holdings, LLC Attachment 3(b)-1 | Filed under Seal |
| M | Memorandum of Understanding involving EverWatch re OPTIMAL DECISION dated June 3, 2022 | Filed under Seal |
| N | Email thread involving Brian Cooper of EverWatch dated June 7, 2022, EW-CID-0000440 | Filed under Seal |