UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No.: 1:22-cv-01603-CCB |
| BOOZ ALLEN HAMILTON, INC., et al., | |
| Defendants. | |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS EVERWATCH CORP., EC DEFENSE HOLDINGS, LLC, AND ANALYSIS, COMPUTING & ENGINEERING SOLUTIONS, INC.'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND SANCTIONS**

| Exhibit No. | Description | Filing Status |
|---|---|---|
| 1 | Email from R. Shores to K. Quin (July 6, 2022) | Public |
| 2 | Email from A. Reeves to K. Quin (June 3, 2022) | Filed Under Seal |
| 3 | Email from K. Quin to A. Reeves (June 3, 2022) | Filed Under Seal |
| 4 | Email from A. Reeves to K. Quin (June 13, 2022) | Filed Under Seal |
| 5 | Letter from R. Danks to A. Reeves (June 15, 2022) | Public |
| 6 | CID No. 31063 (June 17, 2022) | Filed Under Seal |
| 7 | Email from C. Beller to A. Andresian (June 27, 2022) | Filed Under Seal |
| 8 | Email from C. Montezuma to A. Reeves (June 29, 2022) | Public |
| 9 | Email between A. Rathbun and K. Quin (July 8, 2022) | Public |
| 10 | Email from K. Quin to A. Rathbun (July 9, 2022) | Public |
| 11 | DOJ, Antitrust Division Manual III-66 (5th ed. Jan. 2022) (excerpted) | Public |
| 12 | Email from T. Stenerson to K. Quin (July 6, 2022) | Public |