

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 Fifth Street, N.W.*
*Washington, DC 20530-0001*

July 18, 2022

*VIA ECF*
The Honorable Catherine C. Blake
United States District Court
District of Maryland
Chambers 7D
Baltimore, MD 21201

**Re:  Request for Call/Oral Argument on Plaintiff's Motion for Expedited Briefing and Hearing on Motion for Preliminary Injunction (ECF 36).**

Dear Judge Blake:

The United States respectfully requests a call/oral argument as soon as possible in connection with Plaintiff's Motion for Expedited Briefing and Scheduling of a Preliminary Injunction Hearing (ECF No. 36).

Consistent with the Court's instruction to the parties during the call on July 12, 2022, the parties each submitted letters to the Court on July 15 regarding the briefing and hearing schedule (ECF Nos. 65, 67). During the July 12, 2022, call the Court indicated a willingness to hear from the parties again after such letters were filed.

Given the timing of the parties' proposed briefing and hearing schedules, Plaintiff respectfully requests a call/oral argument on these issues as soon as possible.

Defendants believe that the Court should promptly enter their proposed scheduling order for the reasons explained in the extensive briefing that has already taken place and that no oral argument is necessary. Of course, if the Court has any remaining questions, Defendants will participate in further argument at the Court's direction.

Sincerely,

\_\_\_\_/s/_____
JAY D. OWEN (special admission)
Trial Attorney
United States Department of Justice
Antitrust Division
Defense, Industrials, and Aerospace Section
450 Fifth Street N.W., Suite 8700
Washington, DC 20530
Telephone: (202) 476-0248
Facsimile: (202) 514-9033
Email: Jay.Owen@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 18, 2022, I electronically filed the foregoing Letter, and served, via electronic filing, counsel of record for all parties.

                                    /s/
                                JAY D. OWEN (special admission)
                                Trial Attorney
                                United States Department of Justice
                                Antitrust Division