<div align="center">

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

</div>

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

<div align="center">July 20, 2022</div>

MEMORANDUM TO COUNSEL

Re:    *United States of America v. Booz Allen Hamilton Inc. et al.*
         <u>Civil No. CCB-22-1603</u>

Dear Counsel:

    I am reviewing your competing schedules. I appreciate that in some instances you have reached agreement, but significant disputes remain. Based on your briefing and my review of the record, I have determined that at present the schedule should be directed toward a preliminary injunction hearing, not a full trial on the merits, to be held on September 15 and 16, if two days are needed. As the factual evidence and legal issues are developed, however, it may be that a final order on the dispositive issues can be entered without a full trial.

    Fact discovery should begin now. A protective order (ECF 71) was entered on July 18, 2022, so the production of investigation materials should be no later than two business days from today. Answers to the complaint are due July 22; plaintiff's initial disclosures and preliminary witness list are due July 27; defendants' initial disclosures and preliminary witness list are due August 1, 2022. The close of fact discovery will be on August 22, 2022.

    The Parties must serve any objections to requests for production of documents and interrogatories within 2 business days after the requests are served. Within 2 business days of service of any objections, the Parties must meet and confer to attempt to resolve in good faith any objections and to agree on custodians to be searched. Responsive productions must be made on a rolling basis and must begin no later than 10 days after service of the request for production. The Parties must make good-faith efforts to complete responsive productions no later than 21 days after service of the request for production.

    Additional revisions to your proposed orders will be made as promptly as possible. In the meantime, I expect you will cooperate on all those matters as to which you have reached agreements as reflected in both sides' proposals.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

<div style="margin-left:50%">
Sincerely yours,<br>
/s/<br>
_____<br>
Catherine C. Blake<br>
United States District Judge
</div>