**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

July 22, 2022

MEMORANDUM TO COUNSEL

Re:   *United States of America v. Booz Allen Hamilton Inc. et al.*
        Civil No. CCB-22-1603

Dear Counsel:

I have reviewed the defendants' motion for extension of time (ECF 76) and the government's response (ECF 77). An extension of time for the defendants to file their response to the government's motion for preliminary injunction will be granted, but only until July 29, 2022. It is important that both sides understand each other's position, to the extent possible, before proceeding through discovery. Counsel will be permitted to supplement their motion and response with pretrial statements at the close of discovery and before the hearing, in light of the discovery that will then have been concluded. Accordingly, the motion (ECF 76) is Granted in part and Denied in part; the deadline is extended until July 29, 2022.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,
/s/
Catherine C. Blake
United States District Judge
