# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Booz Allen Hamilton Holding Corporation, et al.<br><br>　　　　　Defendant. | Case No. 1:22-cv-01603-CCB |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Adam B. Schwartz, of Shearman and Sterling LLP, enters his appearance in the above-captioned matter for Defendants Booz Allen Hamilton Holding Corporation and Booz Allen Hamilton Inc. (collectively, "Booz Allen Hamilton"), and requests that all notices, pleadings, and orders entered in this matter to be sent to the undersigned.

Dated: July 25, 2022

　　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP

　　　　　　　　　　　　　By:　　*/s/ Adam B. Schwartz*
　　　　　　　　　　　　　　　　Adam B. Schwartz (D. Md. #30358)
　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP
　　　　　　　　　　　　　　　　401 9th Street, NW, Suite 800
　　　　　　　　　　　　　　　　Washington, DC 20004-2128
　　　　　　　　　　　　　　　　Phone: 202.508.8000
　　　　　　　　　　　　　　　　Fax:　　202.508.8100
　　　　　　　　　　　　　　　　Email:　adam.schwartz@shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on July 25, 2022, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

**/s/ Adam B. Schwartz**