# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BOOZ ALLEN HAMILTON, INC., *et al.*, | Civil Action No. CCB-22-1603 |

## ORDER

The defendants having advised that their motion for protective order and sanctions may be denied as moot (*see* ECF 75 at 4), it is hereby Ordered that;

1. The motion for protective order and sanctions (ECF 39) is Denied as moot;

2. The motion to expedite briefing schedule (ECF 42) is Denied as moot;

3. The government's motion for leave to file a surreply (ECF 70) also is Denied as moot.

So Ordered this 26th day of July, 2022.

/s/
Catherine C. Blake
United States District Judge