**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

August 24, 2022

MEMORANDUM TO COUNSEL

Re:   *United States of America v. Booz Allen Hamilton Inc. et al.*
         Civil No. CCB-22-1603

Dear Counsel:

      Please confer and advise my chambers by close of business tomorrow whether you are available for oral argument on the pending motions to compel either Monday, August 29th or Tuesday, August 30th beginning at 9:30 a.m. in courtroom 7D. If so, please let me know who will be appearing for each party.

      Sincerely yours,

      /s/
      Catherine C. Blake
      United States District Judge