UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 30, 2022

MEMORANDUM TO COUNSEL

Re: *United States of America v. Booz Allen Hamilton Inc. et al.*
    Civil No. CCB-22-1603

Dear Counsel:

This will confirm certain scheduling matters agreed upon today. The government's response to the defendants' motion for emergency relief (ECF 133) is due Wednesday, August 31, 2022. Counsel will hold the date of September 13, 2022, beginning at 2:15 p.m. in Courtroom 7D for a prehearing conference to discuss confidentiality and other issues related to conducting the preliminary injunction hearing set for September 15-16, 2022. An agenda from counsel is due Friday, September 9, 2022.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,
        /s/
Catherine C. Blake
United States District Judge