IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Civil Action No. CCB-22-1603 |
| BOOZ ALLEN HAMILTON INC. *et al.* | |

## ORDER

Now pending is the defendants' motion for emergency relief (ECF 131) related to document production in this case. In light of the rulings made on the motions to compel, and the commitments made by the Government to expedite production of its remaining documents and permit reopened depositions of fact witnesses next week, no further relief will be ordered at this time. Counsel should submit a status report as to what additional discovery has been completed by noon on Tuesday, September 6, 2022. Accordingly, the motion for emergency relief is Denied without prejudice.

So Ordered this 1st day of September, 2022.

_____
Catherine C. Blake
United States District Judge

1