# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC. *et al.* | Civil Action No. CCB-22-1603 |

## ORDER

For the reasons stated on the record during the pre-hearing conference today, the following rulings are made in regard to pending motions:

1. The motion in limine to exclude personal opinions of individual NSA employees (ECF 159) is Denied;
2. The motion in limine to preclude evidence of procompetitive effects (ECFs 160, 162) is Denied;
3. The motion in limine to exclude expert testimony from Dr. Bailey or to allow additional deposition hours (ECFs 166, 168) is Denied;
4. The motion in limine to exclude expert testimony from Dr. Chicu (ECFs 169, 170) is Denied.

So Ordered this 13th day of September.

|  |  |
|---|---|
|     9/13/22     |     /s//     |
| Date | Catherine C. Blake<br>United States District Judge |