IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC., *et al.* | Civil Action No. CCB-22-1603 |

## **ORDER**

Upon consideration of the United States of America's Motion for a Preliminary Injunction, (ECF 29, Pl.'s Mot. for Prelim. Inj), the responses thereto, and having conducted an evidentiary hearing on September 15, 2022, and September 16, 2022, the court hereby Orders that:

1. The United States of America's Motion for a Preliminary Injunction is Denied;

2. Counsel should confer and submit proposals for further proceedings in this case no later than 14 days after the deadline for submitting OPTIMAL DECISION bids;

3. The United States of America will advise the court of any changes to the OPTIMAL DECISION bidding and award schedule.

It is so Ordered.


  10/11/2022                                                                /s/
Date                                                           Catherine C. Blake
                                                               United States District Judge