UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

BOOZ ALLEN HAMILTON HOLDING
CORP., *et al.*,

    Defendants.

No. 1:22-cv-01603-CCB

**MOTION OF THE UNITED STATES FOR A FOURTEEN (14)-DAY INJUNCTION PENDING DECISION WHETHER TO APPEAL**

Pursuant to Rule 62(d), Fed. R. Civ. P., the United States moves the Court for the entry of (1) a 14-day injunction suspending the Defendants' merger agreement to permit the government to evaluate whether to pursue an appeal from this Court's Order denying the United States' motion for a preliminary injunction and, if so, to obtain authorization to appeal from the Solicitor General, and (2) if the United States pursues an appeal, an injunction pending appeal. If the merger has closed before resolution of this motion, the United States requests an Order that Defendants hold all assets separate.

This motion is based on the United States' showing of (1) a likelihood of success on appeal; (2) irreparable harm to the United States absent injunctive relief; (3) injunctive relief will not substantially injure the Defendants; and (4) the public interest favors injunctive relief. The grounds for this motion are more fully set forth in the accompanying Memorandum in Support.

October 14, 2022                                             Respectfully submitted,

/s/ Jay Owen

JAY D. OWEN (special admission)
Assistant Chief
United States Department of Justice
Antitrust Division
Defense, Industrials, and Aerospace Section
450 Fifth Street N.W., Suite 8700
Washington, DC 20530
Telephone: (202) 476-0248
Facsimile: (202) 514-9033
Email: jay.owen@usdoj.gov

*Counsel for Plaintiff United States*