

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

October 27, 2022

**VIA ECF FILING**

Hon. Catherine C. Blake
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:   *United States v. Booz Allen Hamilton Holding Corp. et al.*, No. 1:22-cv-01603-CCB (D. Md.) – OPTIMAL DECISION SCHEDULE

Dear Judge Blake:

     Pursuant to the Court's October 11, 2022 Order (ECF No. 224), I write on behalf of Plaintiff, the United States, to notify the Court that the deadline for submission of bids in the OPTIMAL DECISION procurement has been changed to November 10, 2022.

***

Dated: October 27, 2022

                      /s/   *Jay D. Owen*

                      Jay D. Owen
                      Assistant Chief
                      Defense, Industrials & Aerospace Section
                      Antitrust Division
                      U.S. Department of Justice

                      *Counsel for United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2022, I electronically filed the foregoing Letter with the Clerk of Court using the CM/ECF system, and served, via electronic filing, counsel of record for all parties.

                                                   _____/s/_____
                                                Jay D. Owen (special admission)
                                                Assistant Chief
                                                United States Department of Justice
                                                Antitrust Division
                                                Defense, Industrials, and Aerospace Section
                                                450 Fifth Street N.W., Suite 8700
                                                Washington, DC 20530
                                                Telephone: (202) 476-0251
                                                Facsimile: (202) 514-9033
                                                Email: Jay.Owen@usdoj.gov