IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Civil Action No. CCB-22-1603 |
| BOOZ ALLEN HAMILTON INC., *et al.* | |

### ORDER

Upon consideration of the United States of America's Motion for a Fourteen Day Injunction, (ECF 226, Government's Mot. for Fourteen Day Injunction), and the response thereto, the court hereby Denies the motion.

It is so Ordered.

\_\_\_\_10/31/2022\_\_\_\_              _____/s/_____
Date                                                             Catherine C. Blake
                                                                                      United States District Judge