

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

November 10, 2022

**VIA ECF FILING**

Hon. Catherine C. Blake
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:   *United States v. Booz Allen Hamilton Holding Corp. et al.*, No. 1:22-cv-01603-CCB (D. Md.) – OPTIMAL DECISION SCHEDULE

Dear Judge Blake:

      Pursuant to the Court's October 11, 2022 Order (ECF No. 224), I write on behalf of Plaintiff, the United States, to notify the Court that the deadline for submission of bids in the OPTIMAL DECISION procurement has been changed to November 22, 2022. NSA received a late question from a potential bidder and delayed the bidding deadline to allow it time to consider and respond to the question.

***

Dated: November 10, 2022

                              /s/   Jay D. Owen

                              Jay D. Owen
                              Assistant Chief
                              Defense, Industrials & Aerospace Section
                              Antitrust Division
                              U.S. Department of Justice

                              *Counsel for United States of America*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2022, I electronically filed the foregoing Letter with the Clerk of Court using the CM/ECF system, and served, via electronic filing, counsel of record for all parties.

                                            _____/s/_____
                                        Jay D. Owen (special admission)
                                        Assistant Chief
                                        United States Department of Justice
                                        Antitrust Division
                                        Defense, Industrials, and Aerospace Section
                                        450 Fifth Street N.W., Suite 8700
                                        Washington, DC 20530
                                        Telephone: (202) 476-0251
                                        Facsimile: (202) 514-9033
                                        Email: Jay.Owen@usdoj.gov